## REMOTE CONNECTION OF WITNESS WITH CASE.

Circuit Court of Cuyahoga County.

FREDERICK W. MATHEWS ET AL v. GEORGE B. MACKEY ET AL.

Decided, November 28, 1910.

*Evidence—Competency of Witness.*

One who is not a necessary party to a case can not be excluded as a
   witness on the ground that the party objecting claims under a
   deceased former owner.

*Carpenter, Young & Stocker,* for plaintiff.
*Thompson & Hine* and *Horr & Lowenthal,* contra.

WINCH, J.; HENRY, J., and MARVIN, J., concur.

The petition in this case is dismissed and an injunction re-
fused for the reasons stated by Judge Babcock when deciding
the case made before him.

The only additional matter for consideration in this court is
the competency of certain testimony given by Frank Cadwell,
who appears as a defendant in the case.

The evidence shows that he is not a necessary party to the
action.   His wife, upon the happening of a certain contingency,
might become the owner of the premises in dispute and he then
become clothed with an inchoate right of dower therein, but such
remote connection with the matter is insufficient to require his
appearance as a party in the case.

It is true that plaintiffs claim under a deceased former owner,
but they can not exclude witnesses at will by the convenient pro-
cedure of making them parties.